# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD GARY,<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br>HAWTHRON, et al.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 06CV1528 WQH (PCL)<br><br>ORDER RE: MOTION FOR SECTION 998 COMPROMISE OFFER |

HAYES, Judge:

On April 16, 2007, Plaintiff filed a document titled "Motion for Section 998 Compromise Offer to Defendants." (Doc. # 36). After reviewing the document in its entirety, the Court concludes that the "motion" does not seek or request affirmative relief from the Court. Accordingly, the Court construes the document as a "Notice" rather than a "Motion." (Doc. # 36).

On pages 8-10 of the notice, Plaintiff poses a series of questions to the Court, e.g. "[d]oes a second section 998 offer from me revoke an earlier such offer?" (Doc. # 36 at 8). After reviewing the questions, the Court concludes that they constitute improper requests for legal advice. As the Court cannot give legal advice, the Court will not address the questions. *See In re Best*, No. C 01-2851 SI (pr), 2001 U.S. Dist. LEXIS 12825, *2 (N.D. Cal. Aug. 17, 2001).

**IT IS SO ORDERED.**

DATED: April 18, 2007

　　　　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　　　**WILLIAM Q. HAYES**
　　　　　　　　　　　　　　　　　　　United States District Judge

- 1 -　　　　　　　　　　　　06CV1528 WQH (PCL)