FILED
2007 APR 27  AM 8:36
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| REGINALD GARY, | CASE NO. 06CV1528 WQH (PCL) |
|---|---|
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| vs. | |
| K. HAWTHRON, et al., | |
| Defendant. | |

HAYES, Judge:

The matter before the court is the review of the Report and Recommendation (Doc. # 29) filed on February 2, 2007, by the Honorable Peter C. Lewis, United States Magistrate Judge.

## BACKGROUND

On July 25, 2006, Plaintiff Reginald Gary filed a Complaint against the seven named Defendants in this action, alleging violations of his civil rights under 28 U.S.C. § 1983. (Doc. # 1.) On November 9, 2006, Defendants filed a Motion to Dismiss for insufficient service of process. (Doc. # 10.) The matter was referred to Magistrate Judge Lewis, and on February 2, 2007, Magistrate Judge Lewis issued the instant Report and Recommendation. (Doc. # 29.) No party filed objections to the Report and Recommendation.

## RULING OF THE COURT

When a magistrate judge issues a report and recommendation pursuant to FED. R. CIV. P. 72 and 28 U.S.C. § 636(b)(1), the district judge "may accept, reject, or modify, in whole or in part, the

findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If there are objections, the district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

The Court has reviewed the Report and Recommendation and all of the related documents, and agrees with each of Magistrate Judge Lewis' findings and recommendations. Therefore,

**IT IS HEREBY ORDERED** that (1) the Report and Recommendation is adopted in its entirety; (2) Defendants' Motion to Dismiss (Doc. # 10) is found to be moot as to Defendant Dumas, and withdrawn as to Defendants Hernandez, Marsh, Hawthron, Dumas, and Pasha; (3) Defendants' Motion to Dismiss (Doc. # 10) is **DENIED** as to Defendants Schwarzenegger and Tilton; and (4) Plaintiff is **GRANTED** an additional 90 days from the date this order is stamped "filed" to effectuate service upon Defendants Schwarzenegger and Tilton.

The Clerk of the Court is directed to issue a duplicate "IFP package," and mail it to Plaintiff. Thereafter, Plaintiff shall complete USM Form 285 for Defendants Schwarzenegger and Tilton, and send the completed forms to the U.S. Marshal in a timely manner. The U.S. Marshal is directed to effect service upon Defendants Tilton and Schwarzenegger within a reasonable period of time after Plaintiff provides them with his renewed USM Form 285.

**IT IS SO ORDERED.**

DATED: 4/26/07

WILLIAM Q. HAYES
United States District Judge